In the Matter of Effingham L. Holywell, an Attorney.— Matter referred to Hon. Augustus Van Wyck to take testimony and report thereon with his opinion, in the place of Hon. William D. Dickey, resigned. Present— Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ.

The American Servians Association of New York, Appellant, v. Union Square Savings Bank, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Benjamin I. Baker, Respondent, v. Arthur Wilson, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Burr, Thomas, Carr, Woodward and Rich, JJ., concurred.

Charles B. Barker, Appellant, v. Adelia Gertrude Stringer, Respondent. Order reversed, with ten dollars costs and disbursements, and motion to change place of trial denied, with ten dollars costs, upon the ground that defendant has been guilty of laches in making the motion, and no satisfactory excuse therefor is presented. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Cecelia Bernhard, Respondent, v. Solomon Bernhard, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Raffaele Bova, Respondent, v. Raffaele Falbo, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas and Rich, JJ., concurred; Carr and Woodward, JJ., dissented.